An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SHANTRICE CLENNAE WILKERSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63947

**FILED**

OCT 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



### ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a proper person notice of appeal. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Appellant failed to designate an appealable order. NRAP 3(c)(1)(B). Because appellant failed to designate an appealable order, we ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

_____

[1]It appears that appellant is attempting to challenge the validity of her judgment of conviction and sentence. Such a challenge should be raised in a post-conviction petition for a writ of habeas corpus filed in the district court in the first instance. NRS 34.724(2)(b); NRS 34.738(1). We express no opinion as to whether appellant can satisfy the procedural requirements of NRS chapter 34.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-30830

cc:   Hon. Stefany Miley, District Judge
Shantrice Clennae Wilkerson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A